**FILED**

JAMES J. VILT, JR. - CLERK

APR 15 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# FORM C

## United States District Court
WESTERN DISTRICT OF KENTUCKY

_Charles Raymond Miles_, Plaintiff

v.

_Meghan Atterson_, Defendant(s)

PRISONER APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES AND
AFFIDAVIT

CASE NUMBER: _3:26-CV-184-JHM_

I, _Charles Raymond Miles_, swear or affirm under penalty of perjury that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other _____

in the above-named proceeding, that I am unable to pay the costs of these proceedings, and that I believe I am entitled to the relief sought in the complaint/petition/motion. I further swear or affirm under penalty of perjury under United States laws that my answers on this form and any attachments are true and correct.

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0" or "none," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name and the question number.

Signed: _Charles Miles_    Date: _3-17-2026_

Print your Name: _Charles Raymond Miles_

1. State the place of your incarceration: _LMDC_
   Your prisoner identification number: _479320_

2. Are you currently employed at the jail/prison/correctional facility?    ☐ Yes    ☐ No
   Do you receive payment from the jail/prison/correctional facility?    ☐ Yes    ☐ No

3. Estimate the average amount of money received from each of the following sources during the past 12 months. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income Source | Amount received during the past 12 months | Amount expected to receive in the future |
|---|---|---|
| Employment/Self-employment | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 |
| Interest & dividends | $ 0 | $ 0 |
| Gifts or Inheritance | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 |

| Income Source | Amount received during the past 12 months | Amount expected to receive in the future |
|---|---|---|
| Disability (such as social security, insurance payments) | $ 0 | $ 0 |
| Other (specifiy) | | |
| | $ 0 | $ 0 |
| Total Monthly Income | $ 69.52 | $ 69.52 |

4.  How much cash do you have?  $ 149.62
    State any money you have in any prison account, or in any checking or savings accounts, or in any other financial institution.

| Where is the money? (include name of bank, savings & loan, prison account) | Type of Account | Amount You Have |
|---|---|---|
| a. | | $ 0 |
| b. | | $ 0 |
| c. | | $ 0 |

**NOTE: You _must_ attach a statement certified by the appropriate prison or jail officer (_see_ the last page of this document) showing all receipts, expenditures, and balances during the last six months in your prison or jail account(s).**

5.  List the assets, and their values, which you own. Do not list clothing and ordinary household furnishings.

| Asset | Description | Value |
|---|---|---|
| a. Stocks, bonds, securities or other financial instruments) | | $ 0 |
| b. Other valuable property (for example, automobiles) | | $ 0 |

6.    State every person, business, or organization owing you money, and the amount owed.

| Who owes you money? | Amount owed to you |
|---|---|
| a. | $ 0 |
| b. | $ 0 |
| c. | $ 0 |
| d. | $ 0 |

7.    Do you expect any major changes to your income, or in your assets or liabilities during the next 12 months?
☐ Yes  ☐ No
If yes, describe on an attached sheet.

8.    Provide any other information that will help explain why you cannot, or cannot without undue hardship, pre-pay the fees or costs for this case.

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named in the attached Application to Proceed Without Prepayment of Fees and Affidavit has the sum

of $ _____ $149.62 _____ on account to his/her credit at (name of institution)

_Louisville Metro Dept of Corrections_ . I further certify that the applicant has the following

securities to his/her credit: _____ $0 _____ . I further certify

that during the past six months the applicant's average balance was $ _____ $69.57 _____ , and the following

statement of all receipts, expenditures, and balances during the last six months is true and correct.

Date: _3/13/26_          Signature of Authorized Officer: _Sgt A Cline #3720_

                          Printed Name: _Sgt A Cline #3720_

Charles R. Miles #479380
Smart Communications LMDC
600 W. Jefferson Street
Louisville, Ky. 40202

LOUISVILLE KY 400

13 APR 2026 PM 3 L

FOREVER / USA

## JAIL MAIL
## UNCENSORED
### Louisville Metro Corrections Department
### Not Responsible

Clerk of the Court
601 W. Broadway   Room 106
Gene Snyder United States Courthouse
Louisville, Ky. 40202

# FILED
### JAMES J. VILT, JR. - CLERK

### APR 15 2026

### U.S. DISTRICT COURT
### WEST'N. DIST. KENTUCKY

40202-222731