**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**CHARLES RAYMOND MILES**                                                 **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 3:26-CV-184-JHM**

**MEGHAN ALDERSON**                                                        **DEFENDANT**

## ORDER FOR PAYMENT OF INMATE FILING FEE

Plaintiff Charles Raymond Miles filed an application to proceed without prepayment of fees and affidavit. (DN 5, 6). On review, the Court finds that Plaintiff makes the financial showing required by 28 U.S.C. § 1915(a). Accordingly, **IT IS ORDERED** that the application **(DN 5)** is **GRANTED**. Pursuant to 28 U.S.C. § 1915(b)(1), however, Plaintiff is required to pay the statutory filing fee of $350.00 under an installment plan. *See McGore v. Wrigglesworth*, 114 F.3d 601, 604 (6th Cir. 1997) ("When an inmate seeks pauper status, the only issue is whether the inmate pays the entire fee at the initiation of the proceeding or over a period of time under an installment plan."), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199 (2007).

The Court will assess an initial partial filing fee of **$13.91** pursuant to 28 U.S.C. § 1915(b)(1). Upon payment of that initial partial filing fee, Plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to the inmate's trust account. To accomplish collection, the **Louisville Metro Department of Corrections** is required to send to the Clerk of Court the initial partial filing fee and thereafter payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. 28 U.S.C. § 1915(b)(2).

**IT IS FURTHER ORDERED** that:

1. The **Louisville Metro Department of Corrections** shall collect from Plaintiff's trust account an initial partial filing fee in the amount of **$13.91** when available and shall forward the amount to the Clerk of Court. Said payment shall be clearly identified by Plaintiff's name, Inmate Identification Number, and number assigned to this action.

2. Thereafter, the **Louisville Metro Department of Corrections** shall collect the **$336.09 balance** of the filing fee by collecting monthly payments from Plaintiff's trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the trust account and forwarding payments to the Clerk of Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2).

3. The institution need not issue separate checks for individual plaintiffs. Payment may be forwarded by the institution in a single check for all plaintiffs in its custody. However, the institution <u>must</u> clearly delineate each prisoner, his/her case number, his/her Inmate Identification Number, and the amount to be paid on a ledger accompanying each payment from the institution.

4. All payments shall be made payable to **Clerk, U.S. District Court** and sent to the following address:

Office of the Clerk
United States District Court
Western District of Kentucky
601 West Broadway, Ste. 106
Louisville, Kentucky 40202-2249

5. The **Clerk of Court is directed to open an account** for the payment of the filing fee in this action.

2

Having addressed the filing-fee issue, the Court must now undertake a preliminary review of Plaintiff's complaint under 28 U.S.C. § 1915A.  Once the review is complete, an order will be entered informing the parties of what steps, if any, must be taken.

Date:    May 11, 2026

ENTERED BY ORDER OF COURT:

SENIOR JUDGE JOSEPH H. MCKINLEY
UNITED STATES DISTRICT COURT

JAMES J. VILT, JR., CLERK

_____ s/ James J. Vilt, Jr. _____

cc:    Plaintiff, *pro se* (Inmate No. 479380)
       Financial Section, USDC, WDKY
       LMDC, ATTN: Inmate Accounts, 400 South Sixth St. Louisville, KY 40202
4414.015